# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | | | |
|---|---|---|---|
| **Debtor:** | SCARLETT RAI | | |
| **Case Number:** | 4:19-BK-02025-BMW | **Chapter:** | 13 |
| **Date / Time / Room:** | TUESDAY, SEPTEMBER 17, 2019 11:00 AM   COURTROOM 446 | | |
| **Bankruptcy Judge:** | BRENDA M. WHINERY | | |
| **Courtroom Clerk:** | REBECCA VOLZ | | |
| **Reporter / ECR:** | WESLEY STANGRET | | |

## Matters:

1) MOTION TO ANNUL THE AUTOMATIC STAY FILED BY NATIONSTAR MORTGAGE, LLC (RESCHEDULED FROM 08/06/19) (CONT. FROM 08/08/19)
   **R / M #:** 49 / 0

2) ADV: 4-19-00140
   **SCARLETT RAI vs NATIONSTAR MORTGAGE LLC**
   INITIAL RULE 7016 SCHEDULING CONFERENCE (RESCHEDULED FROM 07/15/19) (CONT. FROM 08/08/19)
   **R / M #:** 8 / 0

## Appearances:

CRAIG MORRIS, REPRESENTING THE CHAPTER 13 TRUSTEE AND APPEARING IN PERSON
GERARD O'MEARA, REPRESENTING ANDREW V. PONCIA AND APPEARING IN PERSON
ALEX SCHULZ, REPRESENTING NATIONSTAR MORTGAGE, LLC AND APPEARING BY VIDEO
CYNTHIA JOHNSON, REPRESENTING CAPITAL I FUND, LLC AND CAPITAL II FUND, LLC AND APPEARING BY VIDEO
NATHAN FINCH, REPRESENTING SCARLETT RAI AND APPEARING BY VIDEO

# Minute Entry

(continue)... 4:19-BK-02025-BMW      TUESDAY, SEPTEMBER 17, 2019 11:00 AM

## *Proceedings:*

ITEM 1: MOTION TO ANNUL THE AUTOMATIC STAY FILED BY NATIONSTAR MORTGAGE, LLC (RESCHEDULED FROM 08/06/19) (CONT. FROM 08/08/19)

ITEM 2: INITIAL RULE 7016 SCHEDULING CONFERENCE (RESCHEDULED FROM 07/15/19) (CONT. FROM 08/08/19)

**ITEM 1**
The Court states that this hearing was set in order for this Court to reconsider its conditional ruling or to make the conditional ruling a final ruling. The parties were given an opportunity to file supplemental pleadings and/or declarations by 09/03/19. The only additional pleadings filed since the conditional ruling was issued were filed by Mr. O'Meara in support of his client's position.

Mr. Finch states that no further supplemental pleadings or declarations were filed on behalf of the debtor. He has called, texted, and emailed the debtor but has not received any response. He could not supplement the debtor's position because he could not discuss it with her. He waited to file his Motion to Withdraw as Debtor's Counsel because he was hoping that there would be new counsel to substitute in but the debtor has not communicated with him since the last hearing.

The Court states that there is also a Motion to Dismiss which has been on hold pending resolution of this matter.

Mr. Morris states that the debtor is approximately $25,000.00 in arrears on her plan payments.

COURT: NO CONTROVERTING DECLARATIONS OR PLEADINGS WERE FILED AFTER THE COURT ISSUED ITS CONDITIONAL RULING. ADDITIONALLY, THE DEBTOR IS IN ARREARS ON HER PLAN PAYMENTS SO THERE IS NO CONFIRMABLE PLAN IN PROSPECT. THE MOTION TO ANNUL IS GRANTED, EFFECTIVE IMMEDIATELY. THE COURT WILL ENTER A SEPARATE ORDER.

Mr. Schulz states that he will amend the order that was previously uploaded.

COURT: THE COURT WILL ADDRESS THE MOTION TO DISMISS AND THE MOTION TO WITHDRAW AS DEBTOR'S COUNSEL ONCE THE ORDER ANNULLING THE STAY HAS BEEN ENTERED. THE MOTION TO DISMISS WILL BE GRANTED.

Ms. Johnson states that her client has a motion pending to lift the automatic stay.

Page 2 of 3

Case 4:19-bk-02025-BMW    Doc 113    Filed 09/17/19    Entered 09/24/19 16:12:55    Desc
Main Document    Page 2 of 3      09/24/2019    4:12:39PM

# Minute Entry

(continue)...   4:19-BK-02025-BMW   TUESDAY, SEPTEMBER 17, 2019 11:00 AM

The Court states that the dismissal takes care of the pending stay relief motion.

**ITEM 2**

Mr. Finch states that the adversary proceeding is mooted by the annulment of the stay. There can be no stay violation if the stay is annulled retroactive to the petition date.

COURT: THE ADVERSARY PROCEEDING WILL BE DISMISSED WITH THE ADMINISTRATIVE CASE.